**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARTIN CIOCIOLA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **VINCE IACONE, Jr., Inc.,** | : | |
| **d/b/a Vince Iacone's Sunoco,** | : | |
| **Defendant.** | : | **No. 10-5471** |

**O R D E R**

**AND NOW**, this 24th day of January, 2011, it is hereby **ORDERED** that Defendant Vince Iacone, Jr. Inc.'s Motion to Dismiss is **DENIED**.

It is further **ORDERED** that Iacone has leave to refile the portion of its Motion requesting dismissal for lack of jurisdiction pursuant to Rule 12(b)(6) as a motion for summary judgment, addressing the issue of whether Iacone fulfills the definition of an "employer" as that term is used in the Age Discrimination in Employment Act, 29 U.S.C. § 626(b).

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE